UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SHAWN MICHAEL AIELLO, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | No. 4:15-CV-1076-RWS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's Motion to Stay Proceedings, pending decisions in *Welch v. United States* and *Mathis v. United States* [Doc. 18]. The government has not filed a response to the motion and the time to do so has passed.

Petitioner seeks to stay the instant proceedings, pending a decision by the United States Supreme Court in *Welch v. United States*, No. 15-6418, 2016 WL 90594 (cert. granted Jan. 8, 2016), and *Mathis v. United States*, No. 15-6092, 2016 WL 207258, (cert. granted Jan. 19, 2016). Petitioner asserts that *Welch* and *Mathis* involve questions of law directly related to the issues raised in this matter, and "potentially will be dispositive of the issues" herein.

The Court concludes it would be in the interest of judicial economy to stay this matter pending decisions by the Supreme Court in *Welch* and *Mathis*. The Motion to Stay should, therefore, be granted. Petitioner will be ordered to notify the Court within ten (10) days after a decision has been made in each case, so the stay may be lifted and appropriate action taken herein.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Motion to Stay Further Proceedings [Doc. 18] is **GRANTED**.

**IT IS FURTHER ORDERED** that within ten (10) days of a decision in *Welch v. United States* and within ten (10) days of a decision in *Mathis v. United States*, petitioner shall notify the Court in writing so the stay may be lifted and appropriate action taken herein.

**IT IS FURTHER ORDERED** that the present case is **STAYED** and this action is **ADMINISTRATIVELY CLOSED**, pending further order of this Court.

Dated this 11th day of February, 2016.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE